# Order

Michigan Supreme Court
Lansing, Michigan

March 23, 2011

Robert P. Young, Jr.,
Chief Justice

141912 & (45)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 141912
COA: 292743
Wayne CC: 08-019697-01-FH

JAMES MICHAEL CRUDER,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the September 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

_____
Clerk

p0316